Eric A. Chase, State Bar No.: 148030
THE CHASE LAW GROUP, P.C.
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BOSSELER,<br><br>Defendant | Case No.: 1: 05 cr 00386<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of ROBERT BOSSELER to substitute Eric A. Chase, who is retained counsel located at 4181 Sunswept Drive, suite 100, Studio City, CA 91604, telephone 818-487-7400, fax 818-487-7414, email ericc@thebestdefense.com, as attorney of record in place and stead of Jack Carson Revvill is hereby:

      X- GRANTED    __ DENIED.

Dated: January 13, 2006   /s/Oliver W. Wanger
              U.S District Judge

ORDER ON SUBSTITUTION OF ATTORNEY

- 1