```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     ) CR. F-05-00386 OWW
                              )
            Plaintiff,        )
                              )
     v.                       )
                              )
ROBERT BOSSELER,              )
                              )
                              )
            Defendant._____  )
_____)
```

ORDER

IT IS ORDERED that the trial in this case will commence on September 26, 2006, at 1:00 p.m.  It is FURTHER ORDERED that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   September 7, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE