THE CHASE LAW GROUP
Eric Chase, ESQ. (BAR # 148030)
4181 Sunswept Dr., Suite 100
Studio City, California 91604
Telephone:    (818) 487-7400
Facsimile:    (818) 487-7414

Attorneys for Defendant, Robert Bosseler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>    vs.<br><br>**ROBERT BOSSELER**<br>    Defendant. | Case No.:  1:05CR00386 OWW<br>**STIPULATION TO EXTEND DATE OF SURRENDER** |

IT IS HEREBY STIPULATED by and between the United States, through Assistant U.S. Attorney David Gappa, and the defendant Robert Bosseler, through her counsel, Eric Chase, to extend the date of surrender to October 25, 2006 at 2:00pm.  Surrender was originally scheduled for October 19, 2006.  Defendant, Robert Bosseler, attempted suicide on October 17, 2006.  He is in the care of Community Behavior Health Center in Fresno, California.

Dated: October 19, 2006

```
                                                _____
                                                /s/ ERIC A. CHASE
                                                The Chase Law Group
                                                Attorney for Defendant

                                                _____
                                                /s/ DAVID GAPPA
                                                Assistant United States Attorney
```

1

PDF created with pdfFactory trial version www.pdffactory.com

## **DECLARATION OF SUMMER MCKEIVIER, ESQ.**

Having been duly sworn, I Summer McKeivier, hereby declare and state:

1. I am an attorney at law, licensed to practice in the State of California. The Chase Law Group is the counsel of record for defendant Robert Bosseler.
2. On October 19, 2006, I spoke with Carol Sorsky, RN Case Manager at Community Behavior Health Center, who assured me that Robert Bosseler would be released from their facility within a week.
3. Assistant U.S. Attorney, David Gappa has indicated to counsel that he does not object to the extension.
4. Counsel has communicated with defendant and he understands that he is to surrender to U.S. Marshall's by 2:00pm on October 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 19th of October 2006 at Studio City, California.

                                                                                                  _____
                                                                                                  /s/ SUMMER MCKEIVIER, ESQ.
                                                                                                  Attorney for the Defendant

## **ORDER**

Good cause having been shown, it is hereby ordered that the defendant's request for extension to surrender deadline is granted.  The deadline for surrender is extended to October 25, 2006.

DATED: October 20, 2006

                                                                                                  /s/ Oliver W. Wanger
                                                                                                  HONORABLE OLIVER W. WANGER
                                                                                                  UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com