1  THE CHASE LAW GROUP
   Eric Chase, ESQ. (BAR # 148030)
2  4181 Sunswept Dr., Suite 100
   Studio City, California 91604
3  Telephone:     (818) 487-7400
   Facsimile:     (818) 487-7414
4
   Attorneys for Defendant, Robert Bosseler
5
6                  IN THE UNITED STATES DISTRICT COURT
7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  **UNITED STATES OF AMERICA**                Case No.:  1:05CR00386 OWW
                                                **STIPULATION TO EXTEND DATE OF**
10      Plaintiff,                              **SURRENDER**
11      vs.
12 **ROBERT BOSSELER**
        Defendant.
13
14
15 IT IS HEREBY STIPULATED by and between the United States, through Assistant U.S. Attorney
16 David Gappa, and the defendant Robert Bosseler, through her counsel, Eric Chase, to extend the date of
17 surrender to October 25, 2006 at 2:00pm.  Surrender was originally scheduled for October 19, 2006.
18 Defendant, Robert Bosseler, attempted suicide on October 17, 2006.  He is in the care of Community
19 Behavior Health Center in Fresno, California.
20
   Dated: October 19, 2006
21
                                                    _____
22                                                  /s/ ERIC A. CHASE
                                                    The Chase Law Group
23                                                  Attorney for Defendant
24                                                  _____
                                                    /s/ DAVID GAPPA
25                                                  Assistant United States Attorney
26
27
28

1

## DECLARATION OF SUMMER MCKEIVIER, ESQ.

Having been duly sworn, I Summer McKeivier, hereby declare and state:

1. I am an attorney at law, licensed to practice in the State of California. The Chase Law Group is the counsel of record for defendant Robert Bosseler.

2. On October 19, 2006, I spoke with Carol Sorsky, RN Case Manager at Community Behavior Health Center, who assured me that Robert Bosseler would be released from their facility within a week.

3. Assistant U.S. Attorney, David Gappa has indicated to counsel that he does not object to the extension.

4. Counsel has communicated with defendant and he understands that he is to surrender to U.S. Marshall's by 2:00pm on October 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 19th of October 2006 at Studio City, California.

_____
/s/ SUMMER MCKEIVIER, ESQ.
Attorney for the Defendant

## ORDER

Good cause having been shown, it is hereby ordered that the defendant's request for extension to surrender deadline is granted. The deadline for surrender is extended to October 25, 2006.

DATED: October 20, 2006

/s/ Oliver W. Wanger
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com